United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN DANIEL D'ARCY,

          Plaintiff,

      v.

SAN QUENTIN STATE PRISON,

          Defendant.

Case No. 20-cv-09398-SI

**JUDGMENT**

This action is dismissed without prejudice for failure to pay the filing fee or file an *in forma pauperis* application.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 23, 2021

_____

SUSAN ILLSTON
United States District Judge